

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Lumbermen's Underwriting Alliance

No. 06-13-00108-CV

Original Mandamus Proceeding

Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, Relator's petition for writ of mandamus is conditionally granted. The trial court is directed to vacate its previous order of September 17, 2013, insofar as it relates to assertions of privilege and to conduct further proceedings in accordance with this opinion. We are confident the trial court will promptly comply, and our writ will issue only if it does not.

RENDERED JANUARY 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk